UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MAURICE LEWIS, | ) | Case No. CV 10-4778 DOC (MRW) |
| Petitioner, | ) | |
| vs. | ) | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| J. N. KATAVICH, Warden, | ) | |
| Respondent. | ) | |
| _____ | ) | |

Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, Petitioner's objections to the original Report and Recommendation, and the Final Report and Recommendation of the United States Magistrate Judge. After considering Petitioner's objections, the Court engaged in a de novo review of the Final Report and Recommendation. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Judgment be entered denying the petition and dismissing this action with prejudice.

DATE: September 26, 2013

_____
HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE