UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MAURICE LEWIS, | ) | Case No. CV 10-4778 DOC (MRW) |
| Petitioner, | ) | |
| vs. | ) | JUDGMENT |
| J. N. KATAVICH, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: September 26, 2013  _____
*David O. Carter*
HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE